IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 3:22-CR-25-CAR-CHW |
| vs. | : |
| | : |
| JAMES JEROME HILL | : |
|   a/k/a "KEITH" | : |
| JASMINE JACKSON | : |
| LANEL CHAMBERS | : |
|   a/k/a "LC" | : |
|   a/k/a "LANEL RANKIN" | : |
| JOSE CAMACHO | : |
| CHRISTOPHER KING | : |
| MICHAEL ARNOLD | : |
| KRISTOPHER ELLISON | : |
|   a/k/a "SOLDIER" | : |
| ANTONIO YOUNG | : |
| HENDREX NICELY | : |
|   a/k/a "HEN" | : |
| FAVIAN CURRY | : |
|   a/k/a "FAVO", | : |
| | : |
|   Defendants. | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:22-CR-25, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:22-CR-25, be unsealed.

SO ORDERED, this 21st day of December, 2022.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON
Digitally signed by MICHAEL MORRISON
Date: 2022.12.21 11:05:09 -05'00'

_____
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY