IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JAMES JEROME HILL,** *et al.*,<br><br>*Defendants.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00025-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION TO DECLARE CASE COMPLEX**

Before the Court is the Government's Unopposed Motion to Declare Case Complex [Doc. 187] pursuant to 18 U.S.C. § 3161(h)(7)(B). According to the Government's motion, "[t]he discovery is voluminous, consisting of countless recordings, investigation reports, crime lab reports, and other electronic and tangible evidence." [*Id.* at p. 2].

Upon consideration of the Indictment [Doc. 1] and for the reasons stated in the Government's motion, the Court concludes that this case is "'so unusual[] or so complex, due to the number of defendants [and] the nature of the prosecution . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for [the] trial itself within the time limits established by [the Speedy Trial Act].'" [*Id.* at p. 2 (quoting 18 U.S.C. § 3161(h)(7)(B)(ii))]. Accordingly, the Court **GRANTS** the Government's Unopposed Motion to Declare Case Complex [Doc. 187]. The Court **ORDERS** the

2

parties to confer and present a scheduling order to the Court for its consideration within 30 days.

    **SO ORDERED**, this 27th day of April, 2023.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**